# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SCOTT SHAPIRO,**
Appellant,

v.

**CARLA GARCIA,**
Appellee.

No. 4D21-3182

[June 9, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Frank Castor, Judge; L.T. Case No. 502020CC003336.

Craig A. Boudreau, West Palm Beach, for appellant.

Matthew Z. Karim, The Law Office of A.K. Esquire, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***